

IT IS SO ORDERED
AS MODIFIED

Judge James Ware

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITEGROUP COMPUTER SYSTEMS, INC., a California corporation,<br><br>            Plaintiff,<br>     vs.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, a Maryland corporation, and Does 1 through 20, inclusive,<br><br>            Defendants. | Case No. C09 00110 JW PVT<br><br>[PROPOSED] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES |

Based upon the Stipulation of the Parties, and good cause appearing, the Case Management Conference schedule for this action is set forth as follows:

| Event | Current Date | ~~Proposed~~ Date |
|---|---|---|
| Last day to:<br>- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>- file ADR Certification signed by Parties and Counsel<br>- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | June 22, 2009 | July 6, 2009 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | July 6, 2009 | July 17, 2009 |
| INITIAL CASE MANAGEMENT CONFERENCE | July 13, 2009 | **September 21, 2009 at 10 a.m.** |
| **Joint Case Management State Due** | | **September 11, 2009** |

In their Joint Statement, the parties shall set forth a good faith discovery schedule with a proposed date for the close of all discovery.

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.** In light of this Order, Defendant's Motion to Appear by Telephone is DENIED as moot. (Docket Item No. 12.)

Dated: July 8, 2009

_____
Honorable James Ware
United States District Judge