1
2
3
4
5
6
7
8
9
10                    **IN THE UNITED STATES DISTRICT COURT**
11                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12
13   ELITEGROUP COMPUTER SYSTEMS,        Case No. C09 00110 ~~JW~~ PVT  (LHK)
     INC., a California corporation,     The Honorable Lucy Koh
14
                Plaintiff,                **[~~PROPOSED~~] ORDER TO AMEND**
15       vs.                              **BRIEFING SCHEDULE**
16   EULER HERMES AMERICAN CREDIT
     INDEMNITY COMPANY, a Maryland
17   corporation, and Does 1 through 20,
     inclusive,
18
                Defendants.
19
20
21
22
23
24
25
26
27
28

Having considered the foregoing, IT IS HEREBY ORDERED that the briefing schedule for Elitegroup's and Euler's respective motions for summary judgment and/or partial summary judgment is as follows:

  Opening Briefs due on or before:  November 15, 2010
  Opposition Briefs due on or before: November 22, 2010
  Reply Briefs due on or before:  November 29, 2010
  Hearing date: December 9, 2010

Dated: October 27, 2010

*Lucy H. Koh*
Hon. Lucy Koh