UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELITEGROUP COMPUTER SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, a Maryland corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.: 09-CV-00110-LHK<br><br>ORDER CONTINUING MOTION HEARING |

On December 9, 2010, the parties filed a notice stating that they have reached a tentative settlement agreement and will file a stipulation for dismissal within 10 days.  In light of the tentative settlement, the Court will CONTINUE the motion hearing and case management conference scheduled for December 9, 2010, to January 13, 2011, at 1:30 p.m.  The Court will vacate this hearing, as well as all other pretrial and trial dates and deadlines, if and when the parties file a stipulation to dismiss the case.

**IT IS SO ORDERED.**

Dated: December 9, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-00110-LHK
ORDER CONTINUING MOTION HEARING